AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA
V.

__Jerome Penrose__

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: __05M-1069-JGD__

I, __Jerome Penrose__, charged in a ☑ complaint ☐ petition pending in this District __of Massachusetts__ in violation of __18__, U.S.C., __922(g)(1)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

_____
__/s/ Jerome Penrose__
Defendant

__3/31/05__
Date

_____
__/s/ Tracy A. Miner__
Counsel for Defendant