UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME PENROSE | Criminal No. 05M-1069-JGD |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Attorney Jessica C. Lowney, of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters her appearance as counsel for defendant Jerome Penrose in the above referenced action.

                      Respectfully submitted,

                      JEROME PENROSE

                      By his attorneys,

                      /s/ Jessica C. Lowney
                      Jessica C. Lowney (BBO #655758)
                      Mintz, Levin, Cohn, Ferris,
                       Glovsky and Popeo, P.C.
                      One Financial Center
                      Boston, MA 02111
                      (617) 542-6000

DATED: April 1, 2005

LIT 1513366v1