AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JEROME PENROSE

## WARRANT FOR ARREST

CASE NUMBER: 05M-1069-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Jerome Penrose
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [x] Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of firearms

in violation of
Title    18    United States Code, Section(s)  922(g)(1)

JUDITH GAIL DEIN                          UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                    Title of Issuing Officer

Judith Gail Dein                          03-15-2005    Boston, Massachusetts
Signature of Issuing Officer               Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY
BY ARREST OF THE
DEFT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.